IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Young S. Hines, | : |
| Plaintiff, | : |
| v. | : Case No. 2:08-cv-397 |
| | : JUDGE SARGUS |
| Commissioner of | MAGISTRATE JUDGE KEMP |
| Social Security, | : |
| Defendant. | : |

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on June 18, 2009. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained as set forth in the Report and Recommendation and the case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

7-15-2009

Edmund A. Sargus, Jr.
United States District Judge