AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**YOUNG S. HINES**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-08-397**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed July 16, 2009, JUDGMENT is hereby entered REMANDING this case to the Commissioner for further proceedings. This case is DISMISSED.**

Date: July 16, 2009                  JAMES BONINI, CLERK

                                                        */S/ Andy F. Quisumbing*
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk